# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN POST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM POWER, INC., BRIAN LAWSON, CAROLYN J. BURKE, CHRISTIAN S. FONG, HARRY GOLDGUT, RICHARD LEGAULT, MARK MCFARLAND, SACHIN SHAH, BROOKFIELD RENEWABLE PARTNERS, L.P., BROOKFIELD RENEWABLE CORPORATON, 2252876 ALBERTA ULC, and TERRAFORM POWER NY HOLDINGS, INC.,<br><br>Defendants. | ) ) ) ) ) Case No. 1:20-cv-00927-CFC ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: October 7, 2020

**RIGRODSKY & LONG, P.A.**

By: _/s/ Brian D. Long_
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

_Attorneys for Plaintiff_